AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD. and GRAMERCY EMERGING
MARKETS FUND,

                  Plaintiffs,

V.

THE REPUBLIC OF ARGENTINA,

                  Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  08 Civ

**08 CV 00041**

TO: (Name and address of defendant)

    The Republic of Argentina
    c/o Banco de la Nacion Argentina
    225 Park Avenue, 3rd Floor
    New York, NY  10171

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Russell W. Jacobs
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza
    New York, NY  10004-1482

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

JAN 0 3 2008

CLERK _____     DATE

*[signature: Maria D'avino]*

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                                                        Signature of Server

                                                                       _____
                                                                       Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD. and GRAMERCY EMERGING
MARKETS FUND,

                              Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

                              Defendant.

Index No.: 08cv00041

**AFFIDAVIT OF SERVICE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
STATE OF NEW YORK…….)
                      ss.:
COUNTY OF NEW YORK….)

        Margaret Murphy, being duly sworn, deposes and says that I am over the age of eighteen years, not a party to this action, and am in the employ of Hughes Hubbard & Reed LLP.

        That on January 4, 2008, at approximately 9:20 a.m., deponent served **SUMMONS, COMPLAINT, INDIVIDUAL JUDGE'S RULES,** and **ECF GUIDELINES AND PROCEDURES,** by hand upon:

        The Republic of Argentina
        c/o Banco de la Nacion Argentina
        225 Park Avenue, 3rd Floor
        New York, NY 10171

By personally leaving true copies with Roberto H. Barrientos, Vice President, who stated that he was authorized to accept service on behalf of the Republic of Argentina. Mr. Barrientos' business card is attached to this affidavit.

Mr. Barrientos can be described as a Caucasian male of Spanish descent, approximately 5 feet 3 inches tall, gray hair, about 150 pounds, and between the ages of 60 and 70.

                                                _____
                                                MARGARET MURPHY

Sworn to before me this
4 day of January, 2008
_____
Notary Public

JOHN R. CLANCY
NOTARY PUBLIC, State of New York
No. 01CL6145100
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires May 1, 2010

ROBERTO H. BARRIENTOS
VICE PRESIDENT

BANCO DE LA NACION ARGENTINA
225 PARK AVENUE - 3rd FLOOR     TEL (212) 303-0880
NEW YORK, N.Y. 10169                       FAX (212) 303-0805
(212) 303-0600                                         rbarrientos@bnany.com