UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
GRAMERCY ARGENTINA OPPORTUNITY
FUND, LTD. and GRAMERCY EMERGING
MARKETS FUND,

              Plaintiffs,                   08 Civ. 00041 (TPG)

        -against-

THE REPUBLIC OF ARGENTINA,

              Defendant.
---------------------------------------------------------x

## NOTICE OF APPEARANCE

      Please take notice that defendant The Republic of Argentina hereby appears in this action

by its undersigned attorney, Jonathan A. Willens LLC, and requests that all notices and papers be

served on its attorney at the address below or through the Court's electronic filing system.


Dated:  New York, New York
        February 8, 2008


                        JONATHAN A. WILLENS LLC

               By:  _____
                   Jonathan A. Willens, Esq. (JW-9180)
                 217 Broadway, Suite 707
                 New York, New York 10007
                 Tel. (212) 619-3749
                 Fax: (800) 879-7938
                 jawillens@briefworks.com
                 *Attorney for the defendant*
                 *Republic of Argentina*

To:    Russell W. Jacobs, Esq.
       HUGHES HUBBARD & REED LLP
       One Battery Park Plaza
       New York, New York 10004-1482
       *Attorneys for Plaintiffs*